B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Kansas

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**All Freight Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**48-0869306** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1134 South 12th Street**<br>**Kansas City, KS**<br>ZIP Code **66105** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Wyandotte** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **All Freight Systems, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) ||| 
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **All Freight Systems, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jeffrey A. Deines**
Signature of Attorney for Debtor(s)

**Jeffrey A. Deines 20249**
Printed Name of Attorney for Debtor(s)

**Lentz Clark Deines PA**
Firm Name

**9260 Glenwood**
**Overland Park, KS 66212**

Address

**913-648-0600  Fax: 913-648-0664**
Telephone Number

**October 6, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert E. Smith**
Signature of Authorized Individual

**Robert E. Smith**
Printed Name of Authorized Individual

**Authorized Representative**
Title of Authorized Individual

**October 6, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Kansas

In re **All Freight Systems, Inc.**  Case No.
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABF<br>P.O. Box 10048<br>Fort Smith, AR 72917-0048 | ABF<br>P.O. Box 10048<br>Fort Smith, AR 72917-0048 | compensation to owner/operators | | 56,500.00 |
| Ashland, Inc.<br>16397 Collections Center Dr<br>Chicago, IL 60693-6397 | Ashland, Inc.<br>16397 Collections Center Dr<br>Chicago, IL 60693-6397 | | | 3,875.00 |
| Blue Beacon International, Inc<br>PO Box 856<br>Salina, KS 67402-0856 | Blue Beacon International, Inc<br>PO Box 856<br>Salina, KS 67402-0856 | | | 6,971.09 |
| BPU<br>540 Minnesota<br>Kansas City, KS 66101-2930 | BPU<br>540 Minnesota<br>Kansas City, KS 66101-2930 | | | 3,394.76 |
| Carter Energy<br>PO Box 29106<br>Mission, KS 66201-1406 | Carter Energy<br>PO Box 29106<br>Mission, KS 66201-1406 | | | 5,757.67 |
| Custom Truck & Equipment, LLC<br>7701 Independence Ave<br>Kansas City, MO 64125 | Custom Truck & Equipment, LLC<br>7701 Independence Ave<br>Kansas City, MO 64125 | | | 3,415.11 |
| Deffenbaugh Industries<br>PO Box 3249<br>Shawnee, KS 66203-0249 | Deffenbaugh Industries<br>PO Box 3249<br>Shawnee, KS 66203-0249 | | | 7,530.61 |
| Ideal Lease | Ideal Lease | | | 5,917.61 |
| KC Freightliner<br>7800 NE 38th St<br>Kansas City, MO 64161 | KC Freightliner<br>7800 NE 38th St<br>Kansas City, MO 64161 | | | 3,935.79 |
| McGladrey LLP<br>4801 Main Street<br>Kansas City, MO 64112 | McGladrey LLP<br>4801 Main Street<br>Kansas City, MO 64112 | Business Debt | | 8,000.00 |
| Penske Truck Leasing<br>PO Box 7429<br>Pasadena, CA 91109 | Penske Truck Leasing<br>PO Box 7429<br>Pasadena, CA 91109 | | | 14,451.46 |
| Pilot Corporation<br>PO Box 502711<br>Saint Louis, MO 63150 | Pilot Corporation<br>PO Box 502711<br>Saint Louis, MO 63150 | | | 72,285.63 |

B4 (Official Form 4) (12/07) - Cont.

In re **All Freight Systems, Inc.**           Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Qualcom**<br>**5775 Morehouse Drive**<br>**San Diego, CA 92121** | **Qualcom**<br>**5775 Morehouse Drive**<br>**San Diego, CA 92121** | **Business Debt** | | 6,429.70 |
| **Randall-Reilly Publishing**<br>**PO Box 2029**<br>**Tuscaloosa, AL 35403** | **Randall-Reilly Publishing**<br>**PO Box 2029**<br>**Tuscaloosa, AL 35403** | **Business Debt** | | 6,000.00 |
| **Schwan Food Co.**<br>**Attn: Kathi**<br>**115 W College Dr**<br>**Marshall, MN 56258** | **Schwan Food Co.**<br>**Attn: Kathi**<br>**115 W College Dr**<br>**Marshall, MN 56258** | **Business Debt** | | 3,343.80 |
| **Summit**<br>**PO Box 1000**<br>**Dept 45**<br>**Memphis, TN 38148** | **Summit**<br>**PO Box 1000**<br>**Dept 45**<br>**Memphis, TN 38148** | **Business Debt** | | 21,020.62 |
| **Summit Truck Group**<br>**PO Box 709**<br>**Liberty, MO 64069-7090** | **Summit Truck Group**<br>**PO Box 709**<br>**Liberty, MO 64069-7090** | **Business Debt** | | 7,452.79 |
| **TCH LLC**<br>**1104 Country Hill Drive**<br>**Ste. 600**<br>**Ogden, UT 84403** | **TCH LLC**<br>**1104 Country Hill Drive**<br>**Ste. 600**<br>**Ogden, UT 84403** | **payroll and fuel/expense advance** | | 246,000.00 |
| **Tom McLeod Software Grp**<br>**PO Box 43200**<br>**Birmingham, AL 35243-0200** | **Tom McLeod Software Grp**<br>**PO Box 43200**<br>**Birmingham, AL 35243-0200** | **Business Debt** | | 4,757.50 |
| **USI Insurance Agent**<br>**6900 College Blvd.**<br>**Suite 500**<br>**Leawood, KS 66211** | **USI Insurance Agent**<br>**6900 College Blvd.**<br>**Suite 500**<br>**Leawood, KS 66211** | **Goods/Services** | | 30,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 6, 2015**          Signature    **/s/ Robert E. Smith**
                                                                     **Robert E. Smith**
                                                                     **Authorized Representative**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ABF
P.O. Box 10048
Fort Smith AR 72917-0048


Allen Financial
208 Linwood
Kansas City MO 64111


American National Bank
PO Box 2139
Omaha NE 68103


Aramark Uniform Services
26792 Network Place
Chicago IL 60673-1792


Ashland, Inc.
16397 Collections Center Dr
Chicago IL 60693-6397


B&C Truck Electric Svc Inc
1600 Campbell
Kansas City MO 64108


Blue Beacon International, Inc
PO Box 856
Salina KS 67402-0856


BPU
540 Minnesota
Kansas City KS 66101-2930


Carter Energy
PO Box 29106
Mission KS 66201-1406


Central States T.K. KC
PO Box 872287
Kansas City MO 64187


Champion Brands
PO Box 645
Clinton MO 64735-0645

Clinical Reference Lab
PO Box 802273
Kansas City MO 64180-2273


Cornerstone Bank
9120 West 135th St
Overland Park KS 66221


Corporate Health
State Avenue
Saint Louis MO 63195-8701


Custom Truck & Equipment, LLC
7701 Independence Ave
Kansas City MO 64125


Deffenbaugh Industries
PO Box 3249
Shawnee KS 66203-0249


First Sound
925 4th Avenue, Sutie 2350
Seattle WA 98104


Fleetpride
PO Box 847118
Dallas TX 75284-7118


GE Capital
PO Box 740425
Atlanta GA 30374-0425


Gregory H. Smith



Hitachi
21925 Network Place
Chicago IL 60673


I Talk Telecontracting, Inc
7642 N. Oak Trafficway
Kansas City MO 64118

Ideal Lease

Imperial Supplies, LLC
PO Box 23910
Green Bay WI 54305-3910

Jeffrey L. Smith

Kansas City Peterbilt Inc.
8915 Woodend
Kansas City KS 66111

Kansas Gas Service
PO Box 22158
Tulsa OK 74121-2158

KC Freightliner
7800 NE 38th St
Kansas City MO 64161

Klemp Electric
739 Central Ave
Kansas City KS 66101

Lisa Vogl

LMS Inellibound, Inc
3086 Momentum Place
Chicago IL 60689-5330

McGladrey LLP
4801 Main Street
Kansas City MO 64112

Metlife Dental
PO Box 804466
Kansas City MO 64180-4466

MHC Carriers
PO Box 879269
Kansas City MO 64187

```
MHC Kenworth
PO Box 879269
Kansas City MO 64187


Midway Ford
PO Box 12656
Kansas City MO 64116


MJB Spotting Service, Inc
103 East Canton
Lewistown MO 63452


O'Reilly Auto
PO Box 9464
Springfield MO 65801-9464


Penske Truck Leasing
PO Box 7429
Pasadena CA 91109


Pilot Corporation
PO Box 502711
Saint Louis MO 63150


Praxair Distribution, Inc.
Dept. Ch 10660
Palatine IL 60055


Prepass
101 N. 1st Ave., Ste 2200
Phoenix AZ 85003-1908


Qualcom
5775 Morehouse Drive
San Diego CA 92121


Randall-Reilly Publishing
PO Box 2029
Tuscaloosa AL 35403


Robert E. Smith
```

Safety Kleen
PO Box 650509
Dallas TX 75265-0509


Sandra Karley



Schwan Food Co.
Attn: Kathi
115 W College Dr
Marshall MN 56258


Strasser Hardware
910 Southwest Blvd
Kansas City KS 66103


Summit
PO Box 1000
Dept 45
Memphis TN 38148


Summit Truck Group
PO Box 709
Liberty MO 64069-7090


Supreme Glass Windshield
1414 Larkspur Ct
Belton MO 64012-2160


T.E.S. Thermo Engine
Supply, Inc
Los Angeles CA 90074


TCH LLC
1104 Country Hill Drive
Ste. 600
Ogden UT 84403


Tech Supply
PO Box 411834
Kansas City MO 64141-1834


The Robert E Smith
Grandchildrens Trust

The Robert E Smith
Children's Trust UTA


Thermo Engine Supply
1611 S, Sunkist St
Anaheim CA 92806


Thermo King Christensen
7508 F Street
Omaha NE 68127


Thermo King Corp
Bank of America
Lockbox Service
Chicago IL 60693


Tom McLeod Software Grp
PO Box 43200
Birmingham AL 35243-0200


Transport Alliance Bank
PO Box 150190
Ogden UT 84403


Transport Alliance Bank
4185 Harrison Blvd.
Ogden UT 84403


United Health Care Ins. Co.
Lock Box 10151
Chicago IL 60656


United Refrigeration, Inc.
PO Box 677036
Dallas TX 75267-7036


USI Insurance Agent
6900 College Blvd.
Suite 500
Leawood KS 66211


Verizon
3161 N. Rock Road
Wichita KS 67226

Webster Capital Finance
PO Box 330
Hartford CT 06141


Wells Fargo
732 Marquette Avenue, Ste 700
Minneapolis MN 55402

In re  **All Freight Systems, Inc.**  ,  Case No. _____

Debtor

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gregory H. Smith** | | **78** | **Stock** |
| **Jeffrey L. Smith** | | **78** | **Stock** |
| **Lisa Vogl** | | **78** | **Stock** |
| **Robert E. Smith** | | **5** | **Stock** |
| **Sandra Karley** | | **78** | **Stock** |
| **The Robert E Smith Grandchildrens Trust** | | **181** | **Stock** |
| **The Robert E Smith Children's Trust UTA** | | **424** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 6, 2015**  Signature  **/s/ Robert E. Smith**

**Robert E. Smith**
**Authorized Representative**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
**District of Kansas**

In re  **All Freight Systems, Inc.**                                       Case No.
                              Debtor(s)                                    Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 6, 2015**            **/s/ Robert E. Smith**
                                      **Robert E. Smith**/**Authorized Representative**
                                      Signer/Title

In re  **All Freight Systems, Inc.**                                       Case No.
                                    Debtor(s)                              Chapter    **11**


# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **All Freight Systems, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **October  6, 2015** | **/s/ Jeffrey A. Deines** |
| Date | **Jeffrey A. Deines** |
| | Signature of Attorney or Litigant |
| | Counsel for   **All Freight Systems, Inc.** |
| | **Lentz Clark Deines PA** |
| | **9260 Glenwood** |
| | **Overland Park, KS 66212** |
| | **913-648-0600 Fax:913-648-0664** |